Argued October 15, decided November 17, 1908.

## COFFEY v. STOCK.

[97 Pac. 1081.]

From Multnomah: ARTHUR L. FRAZER, Judge.

Suit by B. D. Coffey against Anna Stock, O. M. Smith et al. to establish and foreclose a mechanic's lien. From a decree in favor of plaintiff, defendants appeal.

REVERSED.

For appellant there was a brief and an oral argument by *Mr. John H. Hall.*

For respondent there was a brief with oral arguments by *Mr. Andrew T. Lewis* and *Mr. Walter G. Hayes.*

Opinion by MR. COMMISSIONER SLATER.

This is a suit to establish and foreclose an alleged mechanic's lien upon a dwelling house constructed upon lot 1, block 11, West Piedmont, Multnomah County. The material facts in this case are identical with those in the case of *Coffey* v. *Smith et al.* 52 Or. 538 (97 Pac. 1079), and the conclusion there reached is controlling here, and the same decree should be entered.

REVERSED.

